# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM W. ALDEN, M.D.

VERSUS

PATRICK A. ROBERTS, DEANNA
GROS OLIVERO, ANTHONY C.
LANG, LANG'S ELECTRIC, INC.,
AND MEADOWBROOK HOMEOWNERS
ASSOCIATION, INC.

NO.  2021 CW 1289

**DECEMBER 30, 2021**

---

In Re:   Anthony  C.  Lang  and  Lang's  Electric,  Inc.,  applying
for  supervisory  writs,  22nd  Judicial  District  Court,
Parish of St. Tammany, No. 2020-12814.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT